UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VIOLA N. CAUDELL, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-18-2897 |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § § § | |
| *Defendants*. | § § | |

# ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 15. The M&R recommends granting defendant Commissioner of the Social Security Administration's ("Commissioner") motion for summary judgment (Dkt. 11) and denying plaintiff Viola N. Caudell's ("Caudell") motion for summary judgment (Dkt. 13). *Id.* at 38.

Objections to the M&R were due on September 10, 2019, but no objections have been filed to date. *See* Dkt. 15. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motions, M&R, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 15). For the reasons stated in the M&R, Commissioner's motion for summary judgment is GRANTED (Dkt. 11), and Caudell's motion for summary judgment is DENIED (Dkt. 13).

Signed at Houston, Texas on September 11, 2019.

_____
Gray H. Miller
Senior United States District Judge